# EXHIBIT G





The SEVEN Networks management team has extensive leadership experience in the wireless and enterprise software industries



**Ross Bott »**
President and CEO

**Ari Backholm »**
SVP, Analytics and Market Development



CEO Ross Bott
Entrepreneur of the Year





Copyright © 2017 SEVEN Networks | Privacy Policy | Patents