UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC.,<br>    Plaintiff,<br>v.<br>SEVEN NETWORKS, LLC,<br>    Defendant. | Case No. 17-cv-04600-JCS<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 3 |

Plaintiff Google Inc. moves to seal portions of its complaint on the basis that Google "understands Defendant SEVEN Networks LLC ("SEVEN") may consider [the information at issue] confidential." Admin. Mot. (dkt. 3). Google does not itself "maintain a claim of confidentiality over any portion of the Complaint." *Id.*

Although not directly applicable by its terms, the Court finds that Civil Local Rule 79-5(e) —which governs sealing motions related to documents designated as confidential under a protective order—provides an appropriate general framework to resolve the present motion. Accordingly, Google is ordered to serve a copy of this order on SEVEN by any means reasonably calculated to provide actual notice no later than August 23, 2017, and to file proof of service. SEVEN is ordered to file a declaration no later than September 6, 2017 setting forth "compelling reasons" why some or all of the material at issue should be filed under seal. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2008); Civ. L.R. 79-5(d)(1)(A). Alternatively, SEVEN may file notice that it does not oppose filing the material at issue in the public record.

**IT IS SO ORDERED.**

Dated: August 16, 2017

JOSEPH C. SPERO
Chief Magistrate Judge