UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SEVEN NETWORKS, LLC,<br><br>    Defendant. | CASE NO. 3:17-cv-04600-WHO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO SEVEN'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) OR, IN THE ALTERNATIVE, FIRST TO FILE RULE** |

Pursuant to Civil Local Rules 6-2, Plaintiff Google LLC and Defendant SEVEN Networks, LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS** SEVEN Networks, LLC filed its Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) or, in the Alternative, First to File Rule (Dkt. No. 34) on October 11, 2017;

**WHEREAS** good cause exists for this extension so that Google may have sufficient time to investigate and gather evidence for its response to SEVEN's motion to dismiss;

**WHEREAS** the Parties agree that Google may have a two-week extension to file its response to SEVEN's motion to dismiss by November 8, 2017 and that SEVEN may file its reply by November 15, 2017 accordingly;

**WHEREAS** this Stipulation is accompanied by the attached Declaration of Sean Pak in Support of Google LLC's Stipulation and [Proposed] Order for an Extension of Time to Respond to SEVEN's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) or, in the Alternative, the First to File Rule.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google LLC shall now have until November 8, 2017 to file its response to SEVEN's motion to dismiss and SEVEN Networks, LLC shall have until November 15, 2017 to file its reply. To the extent the Court finds that this schedule does not provide sufficient time between the close of briefing and the noticed hearing date of November 22, 2017, the parties alternatively request that Google have until November 1, 2017 to file its response to SEVEN's motion to dismiss and SEVEN have until November 8, 2017 to file its reply.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: October 23, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By */s/ Sean S. Pak* |
| | Sean S. Pak |
| | *Attorney for Google LLC* |
| DATED: October 23, 2017 | THOMPSON & KNIGHT LLP |
| | By */s/ Max Ciccarelli (w/ permission)* |
| | Max Ciccarelli |
| | *Attorney for SEVEN Networks, LLC* |

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Google LLC shall have until November 1, 2017 to file its response to SEVEN's motion to dismiss and SEVEN Networks, LLC shall have until November 8, 2017 to file its reply accordingly.

DATED: October 30, 2017

_____
U.S.D.J. William H. Orrick