QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Brian E. Mack (Bar No. 275086)
brianmack@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 (facsimile)

Attorneys for Plaintiff Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>SEVEN Networks, LLC,<br><br>          Defendant. | CASE NO. 3:17-cv-04600-WHO<br><br>**DECLARATION OF MILES D. FREEMAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO SEVEN'S RENEWED MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) OR, IN THE ALTERNATIVE, FIRST TO FILE RULE** |

I, Miles D. Freeman, declare and state as follows:

1.      I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Google LLC ("Google").  I have personal knowledge of the following facts and could and would competently testify to them if called upon to do so.

2.      I make this declaration in support of Google's Opposition to SEVEN's Renewed Motion To Dismiss Under Fed. R. Civ. P. 12(B)(2) Or, In The Alternative, First To File Rule ("Opposition").

3.      Attached hereto as Exhibit A is a true and correct copy of an exhibit filed at Docket No. 48-1 in *Seven Networks International OY, v. Visto Corp.*, No. 07-cv-783, Dkt. 47 (N.D. Cal. June 22, 2007).

4.      Attached hereto as Exhibit B is a true and correct copy of LinkedIn pages for named inventors Trevor Fiatal, Scott M. Burke, William Alvarado, Juan Benitez, Michael Luna, Sungwook Yoon, Jay Sutaria, Abhay Nirantar, Steve Petersen, Ruth Lin, Brian Gustafson, and Robert Paul van Gent.

5.      Attached hereto as Exhibit C is a true and correct copy of the cover pleading to SEVEN Networks, LLC's ("SEVEN") P.R. 3-1 & 3-2 Disclosures to Google served on September 6, 2017 in *SEVEN Networks, LLC v. Google Inc.*, No. 17-cv-442 (E.D. Tex.).

6.      Attached hereto as Exhibit D is a true and correct copy of a webpage entitled "Seven Launches Open Channel", available at http://www.lightreading.com/mobile/3g-hspa/seven-launches-open-channel/d/d-id/683415.

7.      Attached hereto as Exhibit E is a true and correct copy of a webpage entitled "SEVEN AdClear blocks annoying ads on the web!", available at https://blog.seven.com/2015/12/23/seven-adclear-blocks-annoying-ads-on-the-web/.

8.      Attached hereto as Exhibit F is a true and correct copy of a webpage entitled "Center for Applied Technology", retrieved from http://marshalledc.org/node/81.

9.      Attached hereto as Exhibit G is a true and correct copy of the Declaration of Brian King in Support of Google Inc.'s Motion to Transfer Venue to the Northern District of California filed on October 2, 2017 in *SEVEN Networks, LLC v. Google Inc.*, No. 17-cv-442 (E.D. Tex.).

10.     Attached hereto as Exhibit H is a true and correct copy of a webpage entitled "SEVEN Networks | Investors", available at http://www.seven.com/about_us.investors.php.

11.     Attached hereto as Exhibit I is a true and correct copy of a webpage entitled "About Us | Greylock Partners", available at http://www.greylock.com/about-us/.

12.     Attached hereto as Exhibit J is a true and correct copy of a webpage entitled "Saints Capital is a leading direct secondary firm", available at http://saintscapital.com/contact/.

13.     Attached hereto as Exhibit K is a true and correct copy of a webpage entitled "Palm OS – Wikipedia", available at https://en.wikipedia.org/wiki/Palm_OS.

14.     Attached hereto as Exhibit L is a true and correct copy of the LinkedIn page of Ray Chang, Senior Input Devices Electrical Engineering Manager at Apple, Inc., available at https://www.linkedin.com/in/ray-chang-55210075/.

15.     Attached hereto as Exhibit M is a true and correct copy of U.S. Patent No. 9,474,022 to Lin *et al*.

16.     Attached hereto as Exhibit N is a true and correct copy of the LinkedIn pages for NVIDIA prior artists Karthik Samynathan, Lianchuan Mi, and Shail Dave.

17.     Attached hereto as Exhibit O is a true and correct copy of U.S. Patent Application Publication No. 2006/0190616 to Mayerhofer *et al*.

18.     Attached hereto as Exhibit P is a true and correct copy of the LinkedIn page of John Mayerhofer, available at http://www.linkedin.com/in/johnmayerhofer/,

19.     Attached hereto as Exhibit Q is a true and correct copy of U.S. Patent Application Publication No. 2003/0204726 to Kefford *et al*.

20.     Attached hereto as Exhibit R is a true and correct copy of SEVEN's Response to Google's Motion to Transfer Venue to the Northern District of California (ECF No. 61) filed on October 24, 2017 in *SEVEN Networks, LLC v. Google Inc.*, No. 17-cv-442 (E.D. Tex.).

21.     Attached hereto as Exhibit S is a true and correct copy of the publically filed version of Google's Motion to Transfer Venue to the Northern District of California filed on October 10, 2017 in *SEVEN Networks, LLC v. Google Inc.*, No. 17-cv-442 (E.D. Tex.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 29, 2017, in Los Angeles, California.

By  */s/ Miles D. Freeman*
Miles D. Freeman

**ATTESTATION**

I, Sean S. Pak, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Miles D. Freeman has concurred in the aforementioned filing.

*/s/ Sean S. Pak*
Sean S. Pak