UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | CASE NO. 3:17-cv-04600-WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE** |
| vs. | |
| SEVEN NETWORKS, LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Google LLC ("Google") and Defendant SEVEN Networks, LLC ("SEVEN") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS** the Case Management Conference is currently set for January 9, 2018;

**WHEREAS** on December 15, 2017, the Court entered an order vacating the noticed hearing date for SEVEN's Renewed Motion to Dismiss and staying resolution of SEVEN's Renewed Motion to Dismiss pending resolution of Google's venue motions in parallel litigation in the Eastern District of Texas (Dkt. No. 57);

**WHEREAS** the Court's December 15, 2017 Order directed the parties to file a notice with the Court within seven (7) days of the resolution of the Eastern District of Texas venue motions;

**WHEREAS** in view of the Court's December 15, 2017 Order, and in the interests of conserving both party and judicial resources, the parties respectfully request a further continuance of the Case Management Conference and accompanying Case Management Statement Deadline;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, and the parties respectfully request the Court's approval, that: the current January 9, 2018 Case Management Conference and January 2, 2018 Deadline for the Case Management Conference Statement be vacated and that the parties will notify the Court within seven (7) days of the resolution of the Eastern District of Texas venue motions as to the proposed dates for the Case Management Conference and Case Management Conference Statement.

**IT IS SO STIPULATED.**

DATED:  December 26, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Sean S. Pak*
Sean S. Pak
*Attorney for Google LLC*

DATED: December 26, 2017        THOMPSON & KNIGHT LLP

                                By  /s/ Max Ciccarelli (w/ permission)
                                    Max Ciccarelli
                                    *Attorney for SEVEN Networks, LLC*

## ATTESTATION

I, Sean S. Pak, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: December 26, 2017        /s/ Sean S. Pak
                                Sean S. Pak

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** the current January 9, 2018 Case Management Conference and January 2, 2018 Deadline for the Case Management Conference Statement be VACATED and that the parties are directed to notify the Court within seven (7) days of the resolution of the Eastern District of Texas venue motions as to the proposed dates for the Case Management Conference and Case Management Conference Statement.

DATED: _____, 2017

U.S.D.J. William H. Orrick