UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SEVEN NETWORKS, LLC,<br><br>    Defendant. | Case No. 17-cv-04600-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 48 |

According to the parties' status report, the Eastern District of Texas has ruled that Seven Network's first-filed and "mirror-image" infringement complaint should remain in that district. Google has appealed. It appears to me that no matter whether the Federal Circuit rules in favor of Seven Networks on the Petition for Writ of Mandamus, in which case this matter should be dismissed, or whether it grants Google's Petition, in which case the Eastern District of Texas case would presumably be transferred to this District, there is no need for any action in this case. Accordingly, the parties are ORDERED TO SHOW CAUSE why I should not grant defendant's motion to dismiss and dismiss *this* case on the grounds of the first-to-file rule or, in the alternative, stay this case.

The parties must respond to this ORDER TO SHOW CAUSE by filing a response, not to exceed five pages, on or before **August 29, 2018**.

**IT IS SO ORDERED.**

Dated: August 21, 2018

William H. Orrick
United States District Judge