UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>  Plaintiff,<br><br> vs.<br><br>SEVEN NETWORKS, LLC,<br><br>  Defendant. | CASE NO. 3:17-cv-04600-WHO<br><br>**MOTION TO VACATE ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL** |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be scheduled by the Court, before the Honorable William H. Orrick, U.S. District Court Judge, Plaintiff Google LLC ("Google") will and hereby does move the Court to vacate its Order of Dismissal Upon Settlement (Dkt. 69) and enter an amended order dismissing SEVEN's claims of infringement with prejudice and dismissing Google's claims, defenses, or counterclaims without prejudice pursuant to ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ the Stipulation of Dismissal (Dkt. 70).

This Motion is supported by this Notice of Motion, the attached Memorandum of Points and Authorities, the accompanying attorney declaration, the pleadings and papers on file in this action, and such arguments and authorities as may be presented to the Court.

| | |
|---|---|
| 1 | Pursuant to the Court's February 6, 2019 Order of Dismissal Upon Settlement (Dkt. 69), Google notifies the Court that the settlement agreement has now been finalized. Pursuant to the parties' settlement agreement, ███████████████████████████████████████ ███████████████████████████████████. *See* Freeman Decl. ¶ 3 & Ex. A; Dkt. 70. Accordingly, and pursuant to Federal Rule of Civil Procedure 59(e), Google respectfully requests that the Court vacate its Order of Dismissal Upon Settlement (Dkt. 69) and enter an amended order dismissing SEVEN's claims of infringement with prejudice and dismissing Google's claims, defenses, or counterclaims without prejudice pursuant to ███████ ████████████████ the Stipulation of Dismissal. *See* Freeman Decl. ¶ 3 & Ex. A; Dkt. 70. |

DATED: February 10, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Sean S. Pak*
   Sean S. Pak
   *Attorney for Google LLC*